Form ndefuncl 11/2019)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re: Mark Brown and Carmen Brown  Case No.: 18−14075−MLB
Debtor(s).  Chapter: 13

---

**DEFICIENCY NOTICE RE: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

Your Application for Payment of Unclaimed Funds cannot be processed for the following reason(s):

* You did not submit documentation verifying that you resided or conducted business at the original address listed on the trustee's report filed with the Court: 2015 33rd St Everett, WA

* Request for Payee Information Form (AO213P) must include both claimants as payees.

The claimant must submit the information or documents identified above, or submit a written request to extend the deadline, by November 16, 2022. If not received by this date, the Court will deem the application withdrawn and will take no further action on it. The claimant may submit a new application to begin a new review process. Send information, documents or request for an extension of time to: US Bankruptcy Court, Attn: Finance Dept, 700 Stewart St., Room 6301, Seattle, WA 98101.

Dated: October 14, 2022                                  Mark L Hatcher
By: Finance Department                                   Clerk of the Bankruptcy Court
206−370−5220 or 206−370−5221