| | |
|---|---|
| In re: | Case No. 18-14075-MLB |
| Mark Brown | Chapter 13 |
| Carmen Brown | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0981-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 14, 2022 | Form ID: ndefuncl | Total Noticed: 0 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Mark & Carmen Brown, 4612 67th Ave NE, Marysville, WA 98270-8877 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 16, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Wilson-Aguilar | courtmail@seattlech13.com |
| Kenneth J Schneider | on behalf of Debtor Mark Brown Courtmail@kenschneider.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 3

Form ndefuncl 11/2019)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re: Mark Brown and Carmen Brown  Case No.: 18−14075−MLB
Debtor(s).  Chapter: 13

---

## DEFICIENCY NOTICE RE: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Your Application for Payment of Unclaimed Funds cannot be processed for the following reason(s):

\* You did not submit documentation verifying that you resided or conducted business at the original address listed on the trustee's report filed with the Court: 2015 33rd St Everett, WA

\* Request for Payee Information Form (AO213P) must include both claimants as payees.

The claimant must submit the information or documents identified above, or submit a written request to extend the deadline, by November 16, 2022. If not received by this date, the Court will deem the application withdrawn and will take no further action on it. The claimant may submit a new application to begin a new review process. Send information, documents or request for an extension of time to: US Bankruptcy Court, Attn: Finance Dept, 700 Stewart St., Room 6301, Seattle, WA 98101.

Dated: October 14, 2022  Mark L Hatcher
By: Finance Department  Clerk of the Bankruptcy Court
206−370−5220 or 206−370−5221